# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW KURTENBACH, | Case No. 19-CV-2856 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| RENVILLE COUNTY; NED WOHLMAN; JOEL (LNU); and VERONICA (LNU), | |
| Defendants. | |

The Court has received the March 10, 2021 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 16.) No party has objected to that Report and Recommendation, so the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 16) is ACCEPTED; and

2. Plaintiff Matthew Kurtenbach's Amended Complaint (ECF No. 6) is DISMISSED WITHOUT PREJUDICE.

Dated: April 23, 2021

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge